AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_ ***** \_\_\_\_\_ DISTRICT OF   NEVADA

KEVIN SCOTT DAVIS,

     Petitioner,   JUDGMENT IN A CIVIL CASE

V.

     CASE NUMBER: **3:11-cv-00897-RCJ-WGC**

WARDEN PALMER, et al.,

     Respondents.

   ☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   ☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** as untimely.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED** on the issue of whether the court was correct in its determination that this action is untimely.

  January 29, 2013   **LANCE S. WILSON**
                                                                          Clerk

                                                                        /s/ D. R. Morgan
                                                                          Deputy Clerk